UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TERRY WYNN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:11-0025 Judge Sharp/Brown |
| CITY OF PULASKI, TENNESSEE, et al., | ) ) ) | **Jury Demand** |
| Defendants. | ) | |

### **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on January 17, 2012. The parties and their respective representatives met, negotiated in good faith, but did not agree on a settlement of this case.

The Clerk is directed to return this file to Magistrate Judge Brown.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge