IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA, TENNESSEE

| | |
|---|---|
| TERRY WYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:11-0025 |
| ) | |
| CITY OF PULASKI, TENNESSEE; ) | Judge Sharp |
| OFFICER CHAD ESTES, in his individual ) | |
| and official capacities; SERGEANT ) | JURY DEMAND |
| JUSTIN YOUNG, in his individual and ) | |
| official capacities; OFFICERS #1-#20, in ) | |
| their official and individual capacities, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

IT APPEARS to the Court, as evidenced by the electronic signatures of counsel below, that the parties have agreed to extend the time in which the Plaintiff, Terry Wynn ("Dr. Wynn" or "Plaintiff") has to respond to the pending *Motion to Dismiss and for Summary Judgment* (D.E. No. 50) filed by the Defendant, City of Pulaski, Tennessee ("City" or "Pulaski"), the *Defendant Chad Estes' Motion for Summary Judgment* (D.E. No. 56) filed by the Defendant, Chad Estes ("officer Estes or "Mr. Estes"), and the *Defendant Justin Young's Motion for Summary Judgment* (D.E. No. 58) filed by the Defendant, Justin Young ("Mr. Young or "Sgt. Young"), as well as the memoranda of law, statements of undisputed material fact and evidence related thereto, through and including Friday, October 19, 2012. This extension of time will not impact the scheduling deadlines set forth in the Court's *Amended Case Management Order* (D.E. No. 39).

**IT IS, THEREFORE, ORDERED** that Dr. Wynn's responses to the Rule 56 motions filed by each of the City, Officer Estes and Sgt. Young, shall be filed on or before Friday, October 19, 2012.

**IT IS SO ORDERED.**

_____
**The Hon Kevin Sharp**
**United States District Judge**
**U.S.D.C., M.D. Tenn.**

**APPROVED FOR ENTRY:**

**ERNEST B. WILLIAMS IV, PLLC**

/s/Michael B. Schwegler
**ERNEST B. WILLIAMS, IV, BPR # 12301**
**MICHAEL B. SCHWEGLER, BPR #22563**
P.O. Box 159264
Nashville, Tennessee 37215
Telephone: (615) 372-0993
Facsimile: (615) 371-1572
Email:   erniewilliams@ewivlaw.com
         mikeschwegler@ewivlaw.com


**ROBERTS & WICKER, PLLC**

/s/John W. Roberts
**JOHN W. ROBERTS, BPR # 24679**
**W. JOSEPH WERNER, JR., BPR # 26975**
1720 West End Avenue
Suite 402
Nashville, Tennessee 37203
Telephone: (615) 242-1001
Email:   jroberts@robertswicker.com

**Attorneys for Terry Wynn, M.D.**

**HOWEL & FISHER, PLLC**

/s/Robert M. Burns
**ROBERT M. BURNS, BPR # 15383**
**MEGAN E. MITCHLER, BPR # 29311**
Court Square Building
300 James Robertson Parkway
Nashville, Tennessee 37201-1107
Telephone: (615) 244-3370
E-mail:   rburns@howell-fisher.com
          mmitchler@howell-fisher.com

**Attorneys for the City of Pulaski, Tennessee**


**FARRAR & BATES, LLP**

/s/Teresa Reall Ricks
**TERESA REALL RICKS, BPR # 14459**
211 Seventh Avenue
Suite 500
Telephone: (615) 254-3060
Nashville, Tennessee 37219

**Attorney for Chad Estes and Justin Young**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, via the United States District Court for the Middle District of Tennessee's Electronic Case Filing/Case Management system to all parties indicated on the electronic filing receipt, as set forth below:

Robert M. Burns
Megan E. Mitchler
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, Tennessee 37201-1107

Teresa Reall Ricks
Farrar & Bates, LLP
211 Seventh Avenue
Suite 500
Nashville, Tennessee 37219

John W. Roberts
Roberts & Wicker, PLLC
1720 West End Avenue
Suite 402
Nashville, Tennessee 37203

On this, the 10th day of October, 2012.

/s/Michael B. Schwegler
**MICHAEL B. SCHWEGLER**