UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TERRY WYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:11-0025 |
| | ) Judge Sharp |
| CITY OF PULASKI, TENNESSEE; | ) |
| OFFICER CHAD ESTES, in his | ) |
| individual and official capacities; | ) |
| SERGEANT JUSTIN YOUNG, in his | ) |
| individual and official capacities; | ) |
| OFFICERS #1-#20, in their official and | ) |
| individual capacities, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Motion for Summary Judgment filed by Defendant the City of Pulaski, Tennessee and Officers #1 - #20 (Docket No. 50) is hereby GRANTED;

(2) The Motion for Summary Judgment filed by Defendant Chad Estes (Docket No. 56) is hereby GRANTED IN PART and DENIED PART. The Motion is GRANTED with respect to (1) Plaintiff's Fourteenth Amendment claims, (2) her Fourth Amendment claim based upon the initial traffic stop, (3) her Fourth Amendment "handcuffing" claim, and (4) her state law claims for malicious prosecution, abuse of process and outrageous conduct. In all other respects, the Motion is DENIED; and

(3) The Motion for Summary Judgment filed by Defendant Justin Young (Docket No. 58)

1

is hereby GRANTED.

The final pretrial conference in this case will be held on February 11, 2013, at 2:30 p.m.

It is SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

2