# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT COLUMBIA, TENNESSEE

| | |
|---|---|
| TERRY WYNN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:11-0025 |
| | ) Judge Sharp |
| OFFICER CHAD ESTES, | ) JURY DEMAND |
| Defendant. | ) |

## MOTION TO SET FOR TRIAL

COMES NOW the Plaintiff, Terry Wynn, M.D. ("Dr. Wynn"), by and through the undersigned, pursuant to Fed. Rs. Civ. P. 16, and respectfully moves the Court to set the above-styled case for trial. Mandate from the Sixth Circuit issued and was entered with this Court on November 27, 2013. (D.E. No. 201.) Defendant's qualified immunity appeal is resolved and, accordingly, this case is ripe for trial. Dr. Wynn anticipates that the trial of the above-styled case will require two to three days. Dr. Wynn also anticipates that additional mediation will not be effective, as two previous mediation sessions failed to produce any settlement. Therefore, Dr. Wynn requests that the trial be set for the Court's next available trial date. In the alternative, Dr. Wynn respectfully requests a case management hearing so that the Court and the partiers can coordinate on trial dates.

1

Respectfully submitted,

**ERNEST B. WILLIAMS IV, PLLC**

/s/Michael B. Schwegler_____
**ERNEST B. WILLIAMS, IV, BPR # 12301**
**MICHAEL B. SCHWEGLER, BPR #22563**
P.O. Box 159264
Nashville, Tennessee 37215
Telephone: (615) 372-0993
Facsimile: (615) 371-1572
Email:   erniewilliams@ewivlaw.com
         mikeschwegler@ewivlaw.com


**LAW OFFICES OF JOHN W. ROBERTS, PLLC**

/s/John W. Roberts_____
**JOHN W. ROBERTS, BPR # 24679**
1720 West End Avenue
Suite 402
Nashville, Tennessee 37203
Telephone: (615) 242-1001
Email:   john@johnwrobertslaw.com

**Attorneys for Terry Wynn, M.D.**

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing was served, via the United States District Court for the Middle District of Tennessee's Electronic Case Filing/Case Management system to all parties indicated on the electronic filing receipt, as set forth below:

Teresa Reall Ricks
John Carter
Farrar & Bates, LLP
211 Seventh Avenue
Suite 500
Nashville, Tennessee 37219


On this, the 5th day of December, 2013.

                                    /s/Michael B. Schwegler_____
                                    **MICHAEL B. SCHWEGLER**